DAVID E. EASH
deash@ewinganderson.com
Ewing Anderson, P.S.
Attorneys at Law
2101 Lakewood Dr., Ste. 236
Coeur d'Alene, ID 83814
(208) 667-7990
Fax: (509) 8384906
Attorneys for Debtor

United States Bankruptcy Court
District of Idaho

In Re:

JAMES S. CROOKS and AMY C. CROOKS,

Debtors.

NO. 09-20755

NOTICE AND MOTION FOR AVOIDANCE OF JUDICIAL LIEN

**Notice of Motion for Avoidance of Judicial Lien
and Opportunity to Object and for a Hearing**

<u>No Objection.</u>  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 14 days of the date of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection.</u> Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

<u>Hearing on Objection.</u>  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

MOTION AND NOTICE RE: AVOIDANCE OF JUDICIAL LIEN

Ewing Anderson, P.S.
Attorneys and Counselors at Law
2101 Lakewood Dr., Ste. 236
Coeur d'Alene, ID 83814
(208) 667-7990 Fax (509) 838-4906

COMES NOW the debtors, by and through their attorney, DAVID E. EASH and Ewing Anderson, P.S., and move the Court for an Order avoiding the judicial liens of creditor, Capital One, National Association representing as follows:

The judicial lien from Capital One, National Association was recorded with the Kootenai County Courthouse on March 16, 2009, in the principal judgment amount of $1,985.94, under recording no. 2200964000;

A. DESCRIPTION & VALUE OF PROPERTY IMPAIRED;  The property impaired by the judicial lien is the Debtors' residence located at 1163 N. Monarch Ave., Post Falls, ID 83854, Idaho valued at $159,900.00.

B. LIENHOLDERS & AMOUNTS:

1. First Horizon, secured amount  $141,679.00
    a. 1st lien against residence – is not subject to being avoided under this rule.
2. Capital One, secured amount of $1,985.94
    a. Judicial lien for judgment filed – Is subject to being avoided under this rule.
3. There are no other liens.

C. STATUTORY EXEMPTION CLAIM & AMOUNT OF EXEMPTION:  Debtors elected exemption under Idaho Code 55-1001, 55-1002 and 55-1003 and the value of claimed exemption was $18,221.00 for the equity in their residence.

DATED this 2nd day of March, 2011.

EWING ANDERSON, P.S.

By:  /s/David E. Eash
    DAVID E. EASH, ISB #4886
    Attorneys for Debtors

MOTION AND NOTICE RE: AVOIDANCE OF JUDICIAL LIEN

Ewing Anderson, P.S.
Attorneys and Counselors at Law
2101 Lakewood Dr., Ste. 236
Coeur d'Alene, ID 83814
(208) 667-7990 Fax (509) 838-4906